IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SALVATORE SPINNATO         *
                           *
    v.                     *   Civil No. JFM-02-4213
                           *
J.P. GALLEY, ET AL.        *
                        *****

ORDER

Upon consideration of plaintiff's motion to amend/correct and to reopen case, it is, this 9th day of August 2005

ORDERED that the motion be denied.

_____
J. Frederick Motz
United States District Judge

