August 11, 2005

The Honorable J. Fredrick Motz
United States District Court
101 W. Lombard Street
Baltimore, Md. 21201-2691

           Civil No. JFM-02-4213

FILED _____ ENTERED
LODGED _____ RECEIVED

AUG 1 5 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Dear Judge Motz:

    I am writing this letter to you in the hope of clearing up some confusion that I have regarding your recent ORDER that I just received which was dated August 9, 2005 denying a "**motion to amend/correct and to reopen case**.

    I have looked through all of my paperwork, and a copy of the Court Docket Sheet in the above case. Please bear with me while I try and explain why I am confused as to what was denied. The Court Docket Sheet shows the following:

    On 07/21/2003 I filed a MOTION TO AMEND Petition for Writ of Habeas Corpus. This Motion was listed as **paper 18**.

    On 08/18/2003 you issued an ORDER **granting (18)** Motion of Petitioner to Amend/Correct, and you issued ORDER directing respondents to furnish their answer by September 15, 2003. This ORDER of 08/18/2003 was listed as **paper 20**.

    The State filed for and was granted three extensions of time, and filed their ANSWER on 12/17/2003. This was listed as **paper No. 30**.

    On July 29, 2004 your Honor issued a **MEMORANDUM** "directing parties to furnish this court a report every 3 months." In that same time you also directed this petitioner "to move to reopen this case within 30 days of the date he has exhausted his state court remedies." This was listed at **paper No. 47 and 48**.

    On 01/19/2005 I Filed a MOTION to Reopen and also filed a MOTION for an Extension of time. These Motions are listed as **paper 54 and 55**

    On 02/09/2005 your Honor issued an ORDER "granting (54) Petitioner's Motion to Reopen case; granting (55) Petitioner's Motion for Extension of Time on or before 03/09/05." This was listed as **paper No. 61**.

    Therefore your Honor I am confused as to what Motion was denied since the Order did not specify which paper, and I am **respectfully requesting** that you please have someone let me know exactly what MOTION was denied. The ORDER did not say that my 2254 Petition was denied and I did not receive any MEMORANDUM. Thank you for some type of response, I remain.

                                    Respectfully,

SCANNED

                                  Salvatore Spinnato, 272-280
                                  13800 McMullen Hwy.
                                  Cumberland, Md. 21502

cc: Clerk

August 11, 2005

Felicia Canon, Clerk
United States District Court
United States Courthouse
101 W. Lombard Street
Baltimore, Md. 21201-2691

CASE NO JFM-02-4213

Dear Madam Clerk:

    I would like to have the enclosed letter filed in case No. JFM-02-4213.

Thank You,

Salvatore Spinnato, 272-280
13800 McMullen Hwy.
Cumberland, Md. 21502

cc:File