IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SALVATORE SPINNATO, #272-280          *
       Petitioner
                                                           *
    v.                                                 CIVIL ACTION NO. JFM-02-4213
                                                           *
J.P. GALLEY, et al.
       Respondent                    *
                                                         *******

## **ORDER**

On July 29, 2004, this Court entered an Order administratively closing the instant case pending completion of Petitioner's state court proceedings. Paper No. 48. Petitioner filed a motion seeking to reopen his case, indicating that his state proceedings were concluded. Paper No. 54. The motion was granted. Paper No. 61.

Petitioner then filed a "Motion to Correct Previous Motion to Reopen for a Writ of Habeas Corpus" (Paper No. 60) wherein he sought to correct an error regarding the date the Court of Special Appeals of Maryland issued its opinion. The Motion was denied by Order dated August 9, 2005. Paper No. 63.

The August 9, 2005 Order shall be vacated. Petitioner's Motion to Correct shall be granted. This matter has previously been re-opened by the Clerk and remains pending before the Court.

Accordingly, IT IS this <u>21st</u> day of September, 2005, by the United States District Court for the District of Maryland, hereby ORDERED that:

    1.       The Court's August 9, 2005 Order IS VACATED;

    2.       Petitioner's Motion to Correct Previous Motion to Reopen for a Writ of Habeas Corpus (Paper No. 60) IS GRANTED;

    3.       The Clerk TRANSMIT a copy of this Order to Petitioner and counsel of record.

        /s/
        J. Frederick Motz
        United States District Judge