J. JOSEPH CURRAN, JR.　　　　　　　　　　　　　　　　　　　　　　　　　　　　DONNA HILL STATON
**Attorney General**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Attorney General**



# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

TELECOPIER NO.　　　　　　　　　　　　　　　　　　　　　　　　　　　　WRITER'S DIRECT DIAL NO.

**(410) 576-6475**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(410) 576-7964**

November 22, 2005

Felicia Cannon, Clerk
United States District Court
　for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

　　　　　　　　　　　　　Re:  *Salvatore Spinnato v. J.P. Galley, Warden, et al.*
　　　　　　　　　　　　　　　  Civil Action No. JFM-02-4213

Dear Ms. Cannon:

　　　Pursuant to this Court's order dated November 4, 2005, this letter serves to notify this Court that, on the 22nd day of November, 2005, Respondents mailed, first class, postage prepaid, to Salvatore Spinnato,  #272-280, Western Correctional Institution, 13800 McMullen Highway, Cumberland, Maryland 21502, a copy of all exhibits filed with Respondents' answer.

　　　Thank you for your assistance in this matter.

　　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/
　　　　　　　　　　　　　　　　　　　　　　　　Edward J. Kelley
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　Bar No. 27039

EJK
cc:  Salvatore Spinnato,  #272-280