November 28, 2005

Dear Madam Clerk:

Please have this filed in my Court Docket Sheet in Case JFM-02-4213

Thank You

Salvatore Spinnato 272-280

November 28, 2005

The Honorable J. Fredrick Motz
United States District Court
United States Courthouse
101 Lombard Street
Baltimore, Maryland 21201

JFM-02-4213

Dear Judge Motz:

I am writing to you to let you know that I received 29 separate Exhibits on November 23, 2005. Some of these exhibits have never been seem by me before, and I have been combing thru them since that time.

I wanted you to know that in going thru them, I have noticed that some of those exhibits are incomplete, and don't contain what they are supposed to. In addition some of these exhibits are incorrectly dated and are mislabeled. This is important for you to know as well because these are the same exhibits that were sent to the District Court, and would mean that the court's exhibits are not correct as well.

In addition to all of this, there are exhibits that are not only missing but have never been provided to the Court.

Therefore, I am going to spend the next few days to complete my reading and will send you a Motion to requst that the State correct the exhibits that are incorrect, and to submit those exhibits that are missing. I need a few more days since the material that I have to cover is quite lengthy.

Respectfully submitted
Salvatore Spinnato,
13800 McMullen Hwy.
Cumberland, Md. 21502

cc:Clerk