Charlie's Copy.

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| SALVATORE SPINNATO | * |
| PETITIONER, PRO SE | * |
| | * |
| V. | * |
| | * |
| J.P. GALLEY, ET. AL. | * |
| RESPONDENTS | * |

FILED ___ ENTERED
___ LODGED ___ RECEIVED

DEC 13 2005

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

JFM02-4213

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION TO COMPEL THE OFFICE OF THE ATTORNEY GENERAL TO SERVE THIS PETITIONER WITH A COPY OF A RESPONSE TO A MOTION THAT WAS FILED IN THE DISTRICT COURT ON **APRIL 30, 2004** BUT WAS NEVER SERVED ON THIS PETITIONER AS THEY ARE REQUIRED TO DO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This petitioner avers that I asked my Sister to purchase a copy of the Federal Docket Sheet in the above case so that I could review everything that was filed in my habeas petition to this Court.

After receiving it I noticed there was a notation by the Clerk of Court on 04/30/2004 at No. 42, and was listed as **RESPONSE to Motion re (41)**.

This petitioner is averring to this Court that **at no time** was I ever served with a **RESPONSE** by the Attorney General, and therefore **did not know** that there was a **REPLY due by 05/14/2005**.

The Attorney General Office is very much aware of the fact that they are **required** by the Federal Rules to serve all habeas petitioner's with a copy of everything that they file and to not do so is **prejudicial to this petitioner** because it **prevented** me from filing a **reply** which I would have done had I known.

(1)



In order for me to explain how I feel I was prejudiced by the Attorney General' **failure to serve me** with a copy of their **RESPONSE**, I am asking for the Court to look at the notation made by the Clerk's Office on **02/09/2005**. That notation indicates at NO. 61 that I was denied an Evidentiary hearing **without prejudice**

I have no way of knowing for sure, but I am assuming that the Court could have felt that I did not intend to reply. I realize that I need to explain myself more clearly so I have attached photocopies that I believe will help demonstrate what I am trying to explain.

1. Is a copy of page 5 of the **court docket sheet** and indicates that on 04/30/3004 at **Number 42** there is a notation that the Attorney General filed a **RESPONSE** on 4/30/2004 and that a **REPLY** was due by 5/14/2004.

2. Is a copy of a request form to the Mail room officer, and indicates that I did not receive any legal mail during 4/30/2004 thru 5/02/2004.

**PLEASE NOTE** that all inmates are **required** to sign for any and all legal mail, and that the officer makes a notation who sent the mail, and on what date it was received, and signed for by the inmate.

What is **most disturbing** is that I did not receive mail from the Clerk's office as well alerting me to the fact that I had two weeks to file a reply.

THEREFORE I am **respectfully** requesting for this Court to:
1. ORDER the Attorney General's Office to serve me with a copy of their RESPONSE of 04/30/2004.
2. ORDER that I be allowed two weeks to file a **REPLY** to the **RESPONSE**

(2)

CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the Attached Motion to Compel the Attorney General to serve me with a Copy of a Motion that was filed on April 30, 2004 to Edward J. Kelley, Assistant Attorney General, 200 Saint Paul Street, Baltimore Maryland 21202 on this 9th. day of December 2005.

*[signature]*

Salvatore Spinnato, 272-280
13800 McMullen Hwy.
Cumberland, Md. 21502

| | | | |
|---|---|---|---|
| | | | (hml, Deputy Clerk) (Entered: 01/27/2004) |
| 02/02/2004 | | 34 | ORDER granting [33] Motion of Petitioner for Extension of Time to File a Response/Reply Brief as to [30] Answer to Amended Petition for Writ of Habeas Corpus and Order To Show Cause to and including February 27, 2004. Responses due by 2/19/2004. Replies due by 2/17/2004. Signed by Judge J. Frederick Motz on 02/02/2004. (c/m 2/3/2004 cmh) (cmh, Deputy Clerk) (Entered: 02/03/2004) |
| 02/25/2004 | | 35 | MOTION for Extension of Time by Salvatore Spinnato. (bmh, Deputy Clerk) (Entered: 02/26/2004) |
| 02/27/2004 | | 36 | ORDER granting [35] Motion of petitioner for Extension of Time and extending time to 3/29/04. Signed by Judge J. Frederick Motz on 2/27/04. (c/m 2/27/04 bh) (bmh, Deputy Clerk) (Entered: 02/27/2004) |
| 02/27/2004 | | 37 | Correspondence by Plaintiff Salvatore Spinnato. (cmh, Deputy Clerk) (Entered: 03/02/2004) |
| 03/03/2004 | ? | 38 | MARGINAL ORDER granting request of plaintiff [37] for Extension of Time. Signed by Judge J. Frederick Motz on 3/3/04. (c/m 3/3/04 bh) (See Pleading #37)(bmh, Deputy Clerk) (Entered: 03/03/2004) |
| 04/08/2004 | | 39 | Correspondence from plaintiff re: List of Exhibits from the AG's Office. (bmh, Deputy Clerk) (Entered: 04/08/2004) |
| 04/13/2004 | | 40 | FINAL SUMMARY in Support of His [1] Petition for Writ of Habeas Corpus and His [25] Request For an Evidentiary Hearing, and Attachments by Salvatore Spinnato. (cmh, Deputy Clerk) (Entered: 04/14/2004) |
| 04/13/2004 | | 41 | MOTION For An Evidentiary Hearing, and Exhibits #1 through #51 by Salvatore Spinnato. Responses due by 4/30/2004. (cmh, Deputy Clerk) (Entered: 04/14/2004) |
| 04/30/2004 ? | ? | 42 | RESPONSE to Motion re [41] MOTION of Petitioner For An Evidentiary Hearing filed by J. P. Galley, The Attorney General For The State of Maryland. Replies due by 5/14/2004. (cmh, Deputy Clerk) (Entered: 05/03/2004) |
| 06/07/2004 | | 43 | ORDER DIRECTING Respondents to provide a copy of the above-noted transcript(s) as supplemental exhibits; and HOLDING IN ABEYANCE all pending motions pending receipt of the supplemental exhibits. Signed by Judge J. Frederick Motz on 06/07/2004. (c/m 6/7/2004 cmh)(cmh, Deputy Clerk) (Entered: 06/07/2004) |
| 06/23/2004 | | 44 | TRANSCRIPT of Proceedings held in the Circuit Court for Baltimore County, MD on 2/1/01 before Judge Robert E. Cadigan. Court Reporter: Patricia A. Cirasole. (Filed Separately)(bmh, Deputy Clerk) (Entered: 06/24/2004) |
| 07/06/2004 | | 45 | Request to Order the State Court to Provide This Pro Se Petitioner With a Copy of the Post Conviction Hearing Held on Feb. 01, 2001.(bmh, Deputy Clerk) (Entered: 07/15/2004) |

# WESTERN CORRECTIONAL INSTITUTION
## Inmate Requests
### Please print clearly

DATE November 15, 2005

(Circle One):  Warden    Commitment        Case Manager
               Asst. Warden  (Mail Room)    Finance Business Office
               Security Chief  Psychology   Administrative Remedy Coordinator
               Shift Commander  Unit Manager  Chaplain
               Social Worker   Education    Addiction Counselor
               Other _____

Inmate's Name: Salvatore Spinnato   DOC #: 272-280   H.U. Cell Location: 6-B-39   Job Assignment: Sanitation

REQUEST: Can you please tell me if I received any legal mail at all from the office of the Attorney General between the dates of 04-30-2004 through 05-02-2004. Thank you for your help. This information is needed by me from the United States District Court in Baltimore. Thank you

                                                              [signature]

_____ DO NOT WRITE BELOW THIS LINE _____

REFERRED TO _____ FOR _____

OFFICIAL (Signature) _____ DATE: _____

FINAL DISPOSITION AND/OR RESPONSE TO INMATE:

According to the Legal Log Books, you received no legal mail for the above dates.

Official (Signature) K. Giroles    Date: 11-17-05