IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SALVATORE SPINNATO, #272-280   *

      Petitioner                        *

      v.                                *     CIVIL ACTION NO. JFM-02-4213

J.P. GALLEY, WARDEN et al.     *

      Respondents               *

      *   *   *   *   *   *   *   *   *

<u>MOTION FOR EXTENSION OF TIME</u>

     Respondents, Jon P. Galley, Warden of the Western Correctional Institution, and J. Joseph Curran, Jr., Attorney General of the State of Maryland, by undersigned counsel, move, pursuant to Fed.R.Civ.P. 6(b)(1), for an extension of time, to and including January 13, 2006, within which to file a response to Petitioner Salvatore Spinnato's motion to compel for the following reasons:

     1.    On December 14, 2005, Petitioner Spinnato filed a motion to compel Respondents to provide certain documents that he believes Respondents are required to provide this Court. Respondents are researching the numerous allegations made by Petitioner Spinnato in his motion to compel, but, in light of the holidays, undersigned counsel's planned vacation, and undersigned counsel's current workload, Respondents need until January 13, 2006, to file an appropriate response to the motion.

     2.    This motion is not made for purposes of delay.

WHEREFORE, it is respectfully requested that this Honorable Court grant leave for Respondents to file a response to Petitioner Spinnato's motion to compel on or before January 13, 2006.

        Respectfully submitted,

        J. JOSEPH CURRAN, JR.
        Attorney General of Maryland

        _____/s/_____
        EDWARD J. KELLEY
        Assistant Attorney General
        Bar No. 27039

        Office of the Attorney General
        Criminal Appeals Division
        200 Saint Paul Place
        Baltimore, Maryland  21202
        (410) 576-7964 (telephone)
        (410) 576-6475 (telecopier)

        Counsel for Respondents

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of December, 2005, a copy of the foregoing Motion for Extension of Time, which was electronically filed on December 22, 2005, was mailed, first class, postage prepaid, to Salvatore Spinnato, #272-280, Western Correctional Institution, 13800 McMullen Highway, Cumberland, Maryland 21502.

        _____/s/_____
        EDWARD J. KELLEY
        Assistant Attorney General