IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
2006 JAN -5 P 1: 09

| | |
|---|---|
| SALVATORE SPINNATO, #272-280 * | |
| Petitioner * | |
| v. * | CIVIL ACTION NO. JFM-02-4213 |
| J.P. GALLEY, WARDEN et al. * | |
| Respondents * | |

\* \* \* \*

ORDER

The foregoing Motion for Extension of Time having been read and considered, it is this 5th day of January, 2006, by the United States District Court for the District of Maryland,

ORDERED, pursuant to Fed. R. Civ. P. 6(b)(1), that the time for filing responsive pleadings to the Order to Show Cause filed herein be and is hereby extended to and including January 13, 2006.

_____
United States District Judge

SCANNED