December 29, 2005

The Honorable J. Fredrick Motz
United States District Court
United States Courthouse Room 510
101 W. Lombard Street
Baltimore, Md. 21201-2691

JFM-02-4213

Dear Judge Motz:

I am writing this letter to you in the hope of clearing up some confusion on my part, and will explain by saying:

1. On Tuesday, December 27, 2005 I received a copy of a request for an extension of time in order for the OAG to research my allegations about missing documents and incomplete exhibits.

2. What I am confused about is that I did not receive a copy of any ORDER from you indicating that the OAG had to respond to my Motion to Compel. I would think that the Clerk's Office would have sent me a copy of any ORDER that may have been written, but did not receive any and that is where the confusion lies.

3. In addition I filed TWO MOTIONS on December 09, 2005. The second was a Motion to Compel the OAG to furnish me with a copy of a response that was filed by the OAG back on April 30, 2004. That Response was listed as a Response to **NO. 41** on the Federal Docket. I explained in that second Motion that the OAG never served me with a copy of his **RESPONSE** and therefore I was not able to respond to his. If you look at the Federal Docket, NO. 42 indicates that I had **two weeks** to file a reply and that it was due by 5/14/2004. Therefore I am asking if there has been any ORDER regarding the second Motion to Compel???

I did send the Court copies from the Mail room office showing that I did not receive any legal mail at all during the time the OAG filed their Response of April 30, 2004.

Thanking you sincerely for anything that may help to clear up my confusion.

Sincerely,

Salvatore Spinnato, 272-280
13800 McMullen Hwy.
Cumberland, Md. 21502

cc:file

SCANNED