

# The Circuit Court for Baltimore County

THIRD JUDICIAL CIRCUIT OF MARYLAND

ALEXANDER WRIGHT, JR.
JUDGE

COUNTY COURTS BUILDING
TOWSON, MARYLAND 21204
410-887-6507

State of Maryland v. Salvatore Spinnato
Case No. 96CR3299

### ORDER

After a review of Defendant's Motion for a New Trial and/or to Set Aside Judgment, said Motion is hereby DENIED.

Alexander Wright, Jr.
Judge
Date of Ruling: August 14, 2002

cc:

Clerk to Notify:

Mickey Norman
Office of the State's Attorney

Salvatore Spinnato #272-280

FILED AUG

Exhibit No. 1
Civil Action No. JFM-02-4213