| | | |
|---|---|---|
| STATE OF MARYLAND | * | IN THE CIRCUIT COURT |
| VS. | * | FOR BALTIMORE COUNTY |
| SALVATORE SPINNATO | * | CASE NOS. 96CR3299 AND 96CR4281 |

\* \* \* \* \* \* \* \* \* \* \*

### STATE'S ANSWER TO DEFENDANT'S MOTION TO DISMISS INDICTMENT

Now comes the State of Maryland by Sandra A. O'Connor, State's Attorney for Baltimore County and Mickey J. Norman, Assistant State's Attorney for Baltimore County, and in answer to defendant's motion to dismiss the indictment state:

1. On November 12, 1997 the defendant filed a motion to dismiss the indictment in the above captioned case. Two exhibits accompanied that motion.

2. The defendant has failed to state a claim for which the requested relief can be granted.

WHEREFORE, the State respectfully requests that the defendant's motion to dismiss the indictment be denied.

RESPECTFULLY SUBMITTED,

_____
SANDRA A. O'CONNOR
STATE'S ATTORNEY FOR BALTIMORE
 COUNTY

_____
MICKEY J. NORMAN
ASSISTANT STATE'S ATTORNEY
FOR BALTIMORE COUNTY

Exhibit No. 8
Civil Action No. JFM-02-4213

## POINTS AND AUTHORITIES

Maryland Rule 4-252

State v. Bailey, Md. App. 422 A.2d 1021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 14th day of November, 1997, a copy of the foregoing State's Answer to Defendant's Motion to Dismiss Indictment was sent to Salvatore E. Anello, III, Esquire, 1334 Sulphur Spring Road, P.O. Box 18280, Baltimore, Maryland, 21227.

MICKEY J. NORMAN
ASSISTANT STATE'S ATTORNEY
 FOR BALTIMORE COUNTY
COUNTY COURTS BUILDING
401 BOSLEY AVENUE
TOWSON, MD 21204

/dmh