IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SALVATORE SPINNATO, #272-280   *

    Petitioner   *

    v.   *   CIVIL ACTION NO. JFM-02-4213

J.P. GALLEY, WARDEN et al.   *

    Respondents   *

    \* \* \* \*

## ORDER

The foregoing Motion for Extension of Time having been read and considered, it is this _____ day of February, 2006, by the United States District Court for the District of Maryland,

ORDERED, pursuant to Fed. R. Civ. P. 6(b)(1), that the time for filing a response to Petitioner Salvatore Spinnato's second motion to compel filed herein be and is hereby extended to and including February 28, 2006.

                                        _____
                                        United States District Judge