IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SALVATORE SPINNATO, #272-280     *

        Petitioner     *

        v.     *     CIVIL ACTION NO. JFM-02-4213

J.P. GALLEY, WARDEN et al.     *

        Respondents     *

        *    *    *    *

<u>ORDER</u>

The foregoing Motion for Extension of Time having been read and considered, it is this _1st_ day of February, 2006, by the United States District Court for the District of Maryland,

ORDERED, pursuant to Fed. R. Civ. P. 6(b)(1), that the time for filing a response to Petitioner Salvatore Spinnato's second motion to compel filed herein be and is hereby extended to and including February 28, 2006.

                _____
                United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2006 FEB 15 △ 10: 15

SCANNED