IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SALVATORE SPINNATO, #272-280,   *

    Petitioner   *

v.   *   CIVIL ACTION NO. JFM-02-4213

J.P. GALLEY, WARDEN, et al.,   *

    Respondents   *

    *   *   *   *   *   *   *

NOTICE OF FILING OF LENGTHY EXHIBIT

The transcript of proceedings held on November 24, 1997, which Respondents are providing as an exhibit in the above-referenced case, exists only in paper format and is longer than fifteen pages. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file paper copies of the documents identified above.

| February 27, 2006 | /s/ |
|---|---|
| *Date* | |
| | Edward J. Kelley    27039 |
| | *Printed Name    Bar Number* |
| | Office of the Attorney General - 200 St. Paul Pl. |
| | *Address* |
| | Baltimore, Maryland 21202 |
| | *City/State/Zip* |
| | 410-576-7964    410-576-6475 |
| | *Phone No.    Fax No.* |

cc:    Salvatore Spinnato, #272-280