IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SALVATORE SPINNATO, #272-280          *
        Petitioner

                              *

     v.                      CIVIL ACTION NO. JFM-02-4213
                              *

J.P. GALLEY, et al.
        Respondent        *
                          *******

**O R D E R**

      The court is in receipt of petitioner's Motions to Compel wherein he seeks certain exhibits and transcripts generated during his state court proceedings.   Paper Nos. 70, 71, and 76. Respondents have responded to the motions (Paper Nos. 75 and 80) and have demonstrated that all documents requested by petitioner have been forwarded to him.  Accordingly, petitioner's motions are now moot and shall be denied.

      In light of the recent forwarding of the additional exhibits and transcript  to petitioner, he shall be granted an additional thirty (30) days to file any supplemental reply to respondent's answer to the petition.

      Accordingly, IT IS this 28th day of February, 2006, by the United States District Court for the District of Maryland hereby ORDERED that:

1.    Petitioner's Motions to Compel (Paper Nos. 70, 71, and 76) ARE DENIED AS MOOT; and

2.    Petitioner file any supplemental reply to respondent's answer withing thirty (30) days of the date of this Order.

                      /s/_____
                      J. Frederick Motz
                      United States District Judge