IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SALVATORE SPINNATO #272280 v. | *<br>* CIVIL ACTION NO. JFM-02-4213 |
| J.P. GALLEY, WARDEN and THE ATTORNEY GENERAL OF THE STATE OF MARYLAND | *<br>*<br>****** |

### O R D E R

In accordance with the foregoing Memorandum, IT IS this _____ day of _____, 2007, by the United States District Court for the District of Maryland hereby ORDERED that:

1. The above-captioned Petition for Writ of Habeas Corpus IS DENIED and DISMISSED;

2. The Clerk CLOSE this case; and

3. The Clerk TRANSMIT a copy of this Order and the foregoing Memorandum to all counsel of record.

/s/
J. Frederick Motz
United States District Judge