IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SALVATORE SPINNATO
Plaintiff

vs.

Civil Action No. JFM-02-4213

J.P, GALLEY WARDEN and
ATTORNEY GENERAL OF THE
State of Maryland
Defendant

******

## NOTICE OF APPEAL

Notice is hereby given that (fill in names of all parties who are appealing) _____

Salvatore Spinnato, 272-280  , plaintiff(s)/defendant(s) in the above

captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the

(circle one) order/judgment entered in this case on __January 03, 2007__

__January 8, 2007__
Date

Signature

SALVATORE SPINNATO
Name (Print or Type)

13800 McMullen Highway
Address

Cumberland, Maryland 21502
City/State/Zip

Phone No.                                    Fax No.

(U.S. District Court - Rev. 01/2001) Notice of Appeal - Civil

January 08, 2007

Clerk of Court
United States District Court
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201



IN RE:JFM-02-4213&v

Dear Clerk:

I received Memorandum and Order on Friday January 5, 2007 and I am hereby enclosing my **NOTICE OF APPEAL** in regards to my request for a Habeas Corpus under §2254.

If there is anything else that I need to do, please notify me as soon as possible.

I had anticipated a denial back in April of 2005 and wrote you a letter requesting for your office to provide me with "**any information**" or application forms that would allow me to apply to the Fourth Circuit Court of Appeals, and I received this Notice of Appeal.

Therefore I am assuming that this is all that is required of me to fill out.

Thank You,

*[signature]*
Salvatore Spinnato, 272-280
13800 McMullen Hwy.
Cumberland, Md. 21502

cc:File