# TRANSMITTAL SHEET
## (Notice of Appellate Action)

| | | |
|---|---|---|
| x Notice of Filing<br>☐ Cross Appeal<br>  Interlocutory Appeal (s)<br>☐ Additional NOA<br>☐ Corrected Amended NOA<br>☐ Transmittal of Record<br>☐ Transmittal of Certificate<br>☐ Supplement to ROA<br>☐ Supplemental Certificate<br>☐ Other _____ | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT BALTIMORE<br><br>Caption:<br>Salvatore Spinnato<br>v.<br>J.P. Gallery, etal | District Court Case No. JFM02-cv-4213<br>4 CCA Case No.<br>Consolidated with No.<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 01/10/07 | 4. Fees<br>   _ no fee required (IFP)<br>$5 filing fee:         paid   x unpaid<br>$250 docketing fee:    paid   x unpaid<br>Pauper status:    ☐ granted  ☐ denied  ☐ pending in District Court<br>Does PLRA apply?  ☐ yes  x no   ☐ 3 strikes?  ☐ yes  x no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 2. Amended NOA filed: | |
| 3. District Judge: J. Frederick Motz | 5. Materials Under Seal in District Court?   yes  x no<br><br>Party Names Under Seal in District Court?  ☐ yes  x no |
| 6. Official Court Reporter(s)<br><br><br>  Coordinator(s):<br>  Nadine Mercer | 7. Transcript  ON FILE<br><br>___ In-Court Hearing Held?       yes   no<br><br>8. Criminal/Prisoner Cases<br><br>☐ recalcitrant witness       Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

**Part II**          TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | | SUPPLEMENT TO RECORD - SUPPLEMENT # ___ | |
|---|---|---|---|
| Pleadings: | Vols. ___ | Pleadings: | Vols. ___ |
| Transcript: | Vols. ___ | Transcript: | Vols. ___ |
| Exhibits: | Vols. ___ | Exhibits: | Vols. ___ |
| Depositions: | Vols. ___ | Depositions: | Vols. ___ |
| State Ct. Record: | Vols. ___ | State Ct. Record: | Vols. ___ |
| Sealed: | Vols. ___ | Sealed: | Vols. ___ |
| No. of Boxes | ___ | No. of Boxes | ___ |

Deputy Clerk: Nadine Mercer          Phone: (410) 962-3986          Date: 01/12/07