# UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

| | | |
|---|---|---|
| Patricia S. Connor<br>Clerk | www.ca4.uscourts.gov | Telephone<br>(804) 916-2700 |

February 15, 2007

Clerk, U. S. District Court
UNITED STATES DISTRICT COURT
District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201


Re: 07-6088 Spinnato v. Galley
    1:02-cv-04213-JFM


Dear Clerk:

The appellant's application for leave to proceed on appeal in forma pauperis was received in this office on 2/15/07.

I am forwarding the application to your court for a ruling pursuant to the provisions in FRAP 24. Please advise this office immediately upon your court's disposition of the motion.

```
                              Yours truly,

                              PATRICIA S. CONNOR
                                   Clerk


                                /s/ Anthony Webb
                          By: _____
                                 Deputy Clerk
```

cc:   Salvatore Spinnato
      Edward John Kelley