IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SALVATORE SPINNATO                *
#272280
   v.                                  *   CIVIL ACTION NO. JFM-02-4213

J.P. GALLEY, WARDEN and       *   USCA No. 07-6088
THE ATTORNEY GENERAL OF THE
   STATE OF MARYLAND        *

                                  ********

## **O R D E R**

Upon consideration of appellant's motion for leave to proceed in forma pauperis (Paper No. 88), IT IS, this 27th day of April, 2007, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The motion for leave to proceed in forma pauperis (Paper No. 88) IS GRANTED; and

2. The Clerk SHALL TRANSMIT a copy of this Order to the United States Court of Appeals for the Fourth Circuit, petitioner, and Assistant Attorney General Edward John Kelley.

                                                /s/
                                          J. Frederick Motz
                                        United States District Judge