IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

SALVATORE SPINNATO,            *

Petitioner                     *

VS.                            *   JFM-02-4213

JON P. GALLEY, et. al          *

Respondents                    *

************************

PETITION REQUESTING JUDGE MOTZ TO ISSUE AN ORDER

FOR THIS PETITIONER TO PROCEED IN FORMA PAUPERIS

ON A PENDING APPEAL IN THE FOURTH CIRCUIT COURT OF APPEALS

************************

1. Now comes this petitioner, **Salvatore Spinnato**, pro se, and is asking for **Judge Motz** to issue an **ORDER regarding a Motion to** proceed in Forma Pauperis that is pending in the Fourth Circuit Court of Appeals.

HISTORY

1. This petitioner filed a Writ of Habeas Corpus under §2254 with this court on December 31, 2002.

2. This court denied that Writ on January 3, 2007.

3. This petitioner filed a **NOTICE OF APPEAL** on January 8, 2007.

4. On January 18, 2007 my Notice of Appeal was docketed in the Fourth Circuit Court of Appeals.

5.  On February 15, 2007 my application to proceed in forma pauperis was received in the Clerk's office of The Fourth Circuit, and was forwarded to the District COurt at Baltimore for a ruling pursuant to **FRAP 24**. The Clerk of the Fourth Circuit requested a ruling on the disposition of this court.

6   On March 22, 2007 the Clerk of the Fourth Circuit sent a **second request** to the Clerk of the District Court for a ruling.

7.  On May 1, 2007 the Clerk of the Fourth Circuit sent a **third request** to the Clerk of the District Court requesting a ruling on this matter.

8.  As of today May 31, 2007 Judge Motz has not yet responded. **THEREFORE** I am filing this Motion with the Clerk of the District Court at Baltimore requesting for **Judge Motz** to issue an ORDER granting my Motion to proceed in forma pauperis.

Respectfully submitted

*[signature]*

Salvatore Spinnato, 272-280

18800 Roxbury Road

Hagerstown, Md. 21746

May 31st. 2007

```
                                          FILED        ENTERED
                                          LODGED       RECEIVED

                                             JUN 04 2007

                                             AT BALTIMORE
                                        CLERK U.S. DISTRICT COURT
                                         DISTRICT OF MARYLAND
                                                          DEPUTY
```

May 31, 2007


Clerk's Office
United States District Court
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Dear Madam Clerk:

    I have enclosed an ORIGINAL of a Motion directed to Judge Motz to rule on a forma pauperis application that he has not yet ruled on.

    This is in reference to CASE NO. JFM-02-4213

                          Thank you sincerely,

                          Salvatore Spinnato, 272-280
                          18800 Roxbury Road
                          Hagerstown, Maryland 21746


*Thank You!*