JUDGMENT

FILED: August 1, 2007

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

No. 07-6088
1:02-cv-04213-JFM

SALVATORE SPINNATO

       Petitioner - Appellant

  v.

J. P. GALLEY, Warden; ATTORNEY GENERAL FOR THE STATE OF MARYLAND

       Respondents - Appellees

--------------------
Appeal from the United States District Court for the
District of Maryland at Baltimore
--------------------

In accordance with the written opinion of this Court filed this day, the Court denies a certificate of appealability and dismisses the appeal.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor
_____
CLERK