UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
October 10, 2007

No. 07-6088
1:02-cv-04213-JFM

SALVATORE SPINNATO

    Petitioner - Appellant

v.

J. P. GALLEY, Warden; ATTORNEY GENERAL FOR THE STATE OF MARYLAND

    Respondents - Appellees

M A N D A T E

The judgment of this Court, entered 8/1/07, takes effect this date.

A certified copy of this Court's judgment and a copy of its decision are issued to the district court and constitute the mandate of this Court.

/s/ Patricia S. Connor
-----------------------
CLERK